**DISMISS, and Opinion Filed October 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01121-CR

### TODD EDWARDS PORTNER JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-51941-M

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

141121F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

TODD EDWARDS PORTNER JR.,
Appellant

No. 05-14-01121-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-51941-M.
Opinion delivered per curiam before Justices
FitzGerald, Fillmore, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 29th day of October, 2014.